No. 81–986. McLemore's Wholesale & Retail Stores, Inc. v. Payne. C. A. 5th Cir. Certiorari denied.

No. 81–996. Manney, by his mother, Manney v. Fare, Los Angeles County Chief Probation Officer, et al. C. A. 9th Cir. Certiorari denied.

No. 81–1071. Vannier v. United States; and
No. 81–1108. Hermann v. United States. C. A. 11th Cir. Certiorari denied. Reported below: 664 F. 2d 423.

No. 81–1084. Illinois et al. v. United States et al. C. A. 7th Cir. Certiorari denied.

No. 81–1087. Alaska v. Heffle et al. Sup. Ct. Alaska. Certiorari denied.

No. 81–1091. Pauk v. Board of Trustees of the City University of New York et al. C. A. 2d Cir. Certiorari denied.

No. 81–1101. Department of Transportation of California et al. v. San Diego Unified Port District et al. C. A. 9th Cir. Certiorari denied.

No. 81–1143. Yettke v. Illinois. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 81–1157. Doe et al. v. United States. C. A. 4th Cir. Certiorari denied.

No. 81–1250. Railway Labor Executives' Assn. v. Ogilvie, Trustee, et al. C. A. 7th Cir. Certiorari denied.

No. 81–1294. St. Louis-San Francisco Railway Co. v. Vanskike et al. C. A. 8th Cir. Certiorari denied.